UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

In re:

BARBARA MURRELL
Debtor(s).

Chapter 13

Case No. 16-33152

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Chilundra Lidell, declare under penalty of perjury as follows:

1. I am employed as a Contract Management Coordinator of Ocwen Loan Servicing, LLC and am authorized to sign this Affidavit on behalf of Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS11 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records., I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4. The Debtor(s) Barbara Murrell aka Barbara A Murrell has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtor(s) Barbara Murrell aka Barbara A Murrell and Co-signer Michael Murrell has/have executed and delivered or is/are otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of May 25, 2017, there are one or more defaults in paying Debtors post-petition amounts due with respect to the Note.

6. As of May 25, 2017, the unpaid principal balance of the Note is $50,445.92.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtors as of May 25, 2017:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 02/01/2017 | 05/01/2017 | $423.87 | $250.09 | $673.96 | $2,695.84 |
| Less post-petition partial payments (suspense balance): ($537.84) | | | | | | |

Total: $2,158.00

8. As of May 25, 2017, the total post-petition arrearage/delinquency is $2,158.00 consisting of (i) the foregoing total of missed post-petition payment in the amount of $2,158.00 plus (ii) the following post-petition fees:

| Description | Amount |
|---|---|
| N/A | N/A |

9. Attached hereto as **Exhibit A** is a post-petition payment history.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5 day of June, 2017.

_____
Signature

Name: Shilundra Lidell

Title: Contract Management Coordinator

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 5th day of Jun 2017, by Shilundra Lidell as Contract Management Coordinator for Ocwen Loan Servicing, LLC who is the servicer for U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS11, who is personally known to me or who has produced _____ as identification.

_____
Signature of Notary Public
Name of Notary Public: Christian Lazu

Notary Public State of Florida
Christian Lazu
My Commission FF 903931
Expires 07/27/2019

Personally known: ✓
OR Produced Identification: ___
Type of Identification Produced: ___