**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| IN RE:<br><br>Barbara Murrell<br><br><br>DEBTOR(S). | CASE NO: 16-33152 |

**NOTICE OF WITHDRAWAL**
**OF MOTION FOR RELIEF OR IN THE ALTERNATIVE**
**ADEQUATE PROTECTION WITHOUT PREJUDICE**

Ocwen Loan Servicing, LLCas servicing agent for U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-KS11 , hereby provides Notice of Withdrawal of the Motion for Relief without prejudice in the above-captioned case to all parties.

This day, July 31, 2017

*/s/ Jonathan Smothers*
Jonathan Smothers, Attorney for Creditor, Bar # ASB8233N99N
jsmothers@logs.com |704-579-3622
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Helen Ball
hball@logs.com | 704-607-4881
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

In re:  
BARBARA MURRELL                                      CASE NO: 16-33152  
Debtor(s)                                             CHAPTER: 13

### CERTIFICATE OF SERVICE

Barbara Murrell  
2122 Mona Lisa Drive  
Montgomery, AL 36111

Richard D. Shinbaum  
Shinbaum & Campbell  
P.O. Box 201  
Montgomery, AL 36101-0201

Sabrina L. McKinney  
Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101

I do hereby certify that I have on this 31st day of July, 2017, served a copy of the foregoing pleading on the parties listed above by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

*/s/ Jonathan Smothers*  
Jonathan Smothers, Attorney for Creditor, Bar # ASB8233N99N  
jsmothers@logs.com |704-579-3622  
Shapiro & Ingle, LLP  
10130 Perimeter Pkwy, Suite 400  
Charlotte, NC 28216  
Phone: 704-333-8107 | Fax: 704-333-8156  
Supervisory Attorney Contact: Helen Ball  
hball@logs.com | 704-607-4881  
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

17-012183